## CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2019, the foregoing Plaintiffs' Fifth Set of Requests for Production of Documents was sent electronically to Defendants' attorneys of record. This Certificate of Service was filed with the Clerk of the Court using the CM/ECF system, which will also send notice to Defendants' attorneys of record.

    This the 29th day of May, 2019.

By: */s/ Ernest Galvan*
       Ernest Galvan