EXHIBIT A

# LCC inmate dies at hospital
MARCH 6, 2019

FOR IMMEDIATE RELEASE (19-07)

CONTACT Laura Strimple, Chief of Staff

OFFICE 402-479-5713 | laura.strimple@nebraska.gov

March 5, 2019 (Lincoln, Neb.) -- Steven Braesch, (46), inmate #81255, died on Tuesday, March 5, 2019, at Bryan Hospital West. He was assigned to the Lincoln Correctional Center (LCC).

Shortly before 9:30 a.m. on March 4, Braesch was found unresponsive in his cell from an apparent suicide attempt. Staff members immediately initiated CPR. Braesch was transported to the hospital by emergency responders.

Braesch was serving a life sentence plus five years for charges in Sarpy County. He was convicted of first degree murder, use of a firearm to commit a felony and several counts of negligent child abuse. His sentence began on November 17, 2014.

The Nebraska State Patrol is investigating the death and, as is the case whenever an inmate dies in the custody of the Department of Correctional Services, a grand jury will conduct an investigation.

###