## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HANNAH SABATA, et al.,**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, et al.,**<br><br>    **Defendants.** | **Case No. 4:17-CV-3107**<br><br>**SUGGESTION OF MOOTNESS AND MOTION TO DISMISS CLAIMS OF NAMED PLAINTIFF ZOE RENA** |

All Defendants in this action suggest the claims brought by Plaintiff Zoe Rena, also known as Cassie Zoubek, have become moot and they move to dismiss those claims. They bring this motion pursuant to Fed. R. Civ. P. 12(b)(1). Because she has been granted parole and is no longer incarcerated, Rena's claims against all Defendants are moot, preventing this Court from exercising subject matter jurisdiction over those claims. Therefore, Rena should be dismissed as a Plaintiff in this lawsuit. In support of this motion, Defendants are submitting a simultaneous brief and an index of evidence.

WHEREFORE, Defendants Nebraska Department of Correctional Services, Scott R. Frakes (in his official capacity), Harbans Deol (in his official capacity), and Nebraska Board of Parole, move this Court to dismiss Plaintiff Zoe Rena's claims against them and for all other relief this Court deems to be equitable and just.

Submitted November 20, 2020.

**NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, SCOTT FRAKES, HARBANS DEOL, AND NEBRASKA BOARD OF PAROLE,** Defendants.

By:   DOUGLAS J. PETERSON
      *Attorney General of Nebraska*

By:   *s/Ryan S. Post*
      RYAN S. POST, #24714
      KATHERINE O'BRIEN, #25993
      BEN GOINS, #26034
      SCOTT R. STRAUS, #26475
      PHOEBE L. GYDESEN, #26333
      *Assistant Attorneys General*

      OFFICE OF THE ATTORNEY GENERAL
      2115 State Capitol
      Lincoln, Nebraska 68509
      (402) 471-2682
      ryan.post@nebraska.gov

      Attorneys for the Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

By:   *s/Ryan S. Post*
      Ryan S. Post

2