UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| HANNAH SABATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, et al.,<br><br>Defendants. | Case No. 4:17-cv-03107-BCB-MDN<br><br>CLASS ACTION<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Hannah Sabata, Dylan Cardeilhac, James Curtright, Jason Galle, Richard Griswold, R.P., Isaac Reeves, and Michael Gunther ("Plaintiffs") and Defendants Nebraska Department of Correctional Services, Scott Frakes, Harbans Deol, and Nebraska Board of Parole ("Defendants"), hereby stipulate and agree that the above existing action of each Plaintiff against Defendants is DISMISSED WITHOUT PREJUDICE. Each Party shall bear his, her, and its own costs and expenses, including attorneys' fees.

[3654642.1]

DATED:  November 30, 2020         **ACLU NATIONAL PRISON PROJECT**
**ACLU OF NEBRASKA**
**DLA PIPER LLP (US)**
**NATIONAL ASSOCIATION OF THE DEAF**
**NEBRASKA APPLESEED**
**ROSEN BIEN GALVAN & GRUNFELD LLP**

By:  *s/ Robert McEwen*
Robert E. McEwen, #24817
NEBRASKA APPLESEED CENTER
FOR LAW IN THE PUBLIC INTEREST
941 "O" St., Ste. 920
Lincoln, Nebraska 68508
Telephone:  (402) 438-8853
Facsimile:  (402) 438-0263
Emails:  rmcewen@neappleseed.org

*Attorneys for Plaintiffs*

**NEBRASKA DEPARTMENT OF**
**CORRECTIONAL SERVICES,**
**SCOTT FRAKES, HARBANS DEOL,**
**and NEBRASKA BOARD OF PAROLE,**
**Defendants.**

DOUGLAS J. PETERSON
Attorney General of Nebraska

*s/ Ryan S. Post*
RYAN S. POST, #24714
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
Ryan.Post@nebraska.gov

*Attorney for Defendants*

[3654642.1]