IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HANNAH SABATA, et al., | |
| Plaintiffs, | 4:17-CV-3107 |
| vs. | **JUDGMENT** |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing 519). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed without prejudice, each party to bear its own fees and costs.

Additionally, the Motion to Compel Production of Documents, Filing 497, which was pending at the time of the filing of the stipulation is denied as moot.

Dated this 1st day of December, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge